# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

DOMINIQUE TURIANO,

    Plaintiff(s),

v.

ALLSTATE NORTHBROOK INDEMNITY COMPANY,

    Defendant(s).

Case No.: 2:20-cv-00641-RFB-NJK

**ORDER**

    To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a).  The parties are hereby **ORDERED** to file a joint proposed discovery plan no later than June 5, 2020.

    IT IS SO ORDERED.

    Dated: June 2, 2020

                                              Nancy J. Koppe
                                              United States Magistrate Judge