# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DOMINIQUE TURIANO,<br>　　　　Plaintiff(s),<br>v.<br>ALLSTATE NORTHBROOK INDEMNITY COMPANY,<br>　　　　Defendant(s). | Case No.: 2:20-cv-00641-RFB-NJK<br>**ORDER**<br>(Docket No. 11) |

Pending before the Court is the parties' discovery plan. Docket No. 11. For the reasons stated below, the discovery plan is **DENIED**.

The presumptively reasonable discovery period is 180 days, measured from the date of the first appearance of any defendant. Local Rule 26-1(b)(1). The parties submit that "Defendant has not [yet] filed an answer to the Complaint." Docket No. 11 at 2. However, Defendant filed its answer to the complaint on April 16, 2020. *See* Docket No. 7. Therefore, discovery deadlines are measured from that date. None of the parties' proposed discovery deadlines complies with Local Rule 26-1. If the parties seek deadlines beyond those specified in Local Rule 26-1(b)(1), their discovery plan must comply with Local Rule 26-1(a). The parties must file a new joint proposed discovery plan that complies in full with the Local Rules, no later than June 9, 2020.

IT IS SO ORDERED.

Dated: June 5, 2020

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge