**SAO**
**Eric Roy, Esq.**
Nevada Bar No. 11869
**Michael T. Nixon, Esq.**
Nevada Bar No. 12839
**ERIC ROY LAW FIRM**
703 South Eighth Street
Las Vegas, Nevada 89101
T: (702) 423-3333
F: (702) 924-2517
Eric@ericroylawfirm.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA, SOUTHERN DIVISION

****

| | |
|---|---|
| DOMINIQUE TURIANO, an individual, | CASE NO:  2:20-cv-00641 |
| Plaintiff, | |
| vs. | |
| ALLSTATE NORTHBROOK INDEMNITY COMPANY; I through X, inclusive,; and ROE CORPORATIONS I through X, inclusive, | |
| Defendants. | |

## STIPULATION AND ORDER TO DISMISS PLAINTIFF'S EXTRACONTRACTUAL

## CLAIMS WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for Plaintiff, Eric Roy, Esq. and Michael T. Nixon, Esq., of the Eric Roy Law Firm and counsel for Defendant, Bryce Buckwalter, Esq. of Keating Law Group, that only the extracontractual claims in Plaintiff's Complaint be DISMISSED WITHOUT PREJUDICE. The remaining claims, regarding claims for UIM/UM benefits, shall survive this Stipulation and Order. Specifically, Plaintiff's Second Cause of Action shall be dismissed in its entirety, without prejudice. The

*Eric Roy Law Firm*
*703 South Eighth Street*
*Las Vegas, Nevada 89101*
*702.423.3333*

portions of Plaintiff's First Cause of Action that involve allegations of "Insurance Bad Faith" shall be dismissed, without prejudice. The Plaintiff's Third Cause of Action shall survive, along with any necessary provisions of Plaintiff's Complaint to satisfy the Federal pleading standards. Furthermore, the claim for punitive damages shall also be dismissed, without prejudice.

Dated this __18th__ day of August, 2020.          Dated this __18th__ day of August, 2020.

KEATING LAW GROUP                              ERIC ROY LAW FIRM


_//s// Bryce Buckwalter_____          __//s// Eric Roy_____
Bryce Buckwalter, Esq.                         Eric Roy, Esq.
Nevada Bar No. 7626                            Nevada Bar No. 11869
9130 W. Russell Road, Ste 200                  Michael T. Nixon, Esq.
Las Vegas, NV 89148                            Nevada Bar No. 12839
*Attorney for Defendant*                       703 S. Eighth Street
                                               Las Vegas, NV 89101
                                               *Attorneys for Plaintiff*

-2-

**Turiano v Allstate Insurance**
CV00641

## <u>ORDER</u>

Based upon the forgoing stipulation, the Complaint shall be modified as follows: Plaintiff's Second Cause of Action shall be dismissed in its entirety, without prejudice. The portions of Plaintiff's First Cause of Action that involve allegations of "Insurance Bad Faith" shall be dismissed, without prejudice. The Plaintiff's Third Cause of Action shall survive, along with any necessary provisions of Plaintiff's Complaint to satisfy the Federal pleading standards. Furthermore, the claim for punitive damages shall also be dismissed, without prejudice.



_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this      20th day of August, 2020.

Respectfully Submitted by:
ERIC ROY LAW FIRM

   //s// Eric Roy_____
Eric Roy, Esq.
Nevada Bar No. 11869
Michael T. Nixon, Esq.
Nevada Bar No. 12839
703 S. Eighth Street
Las Vegas, NV 89101

Eric Roy Law Firm
703 South Eighth Street
Las Vegas, Nevada 89101
702.423.3333

-3-

**Katrina Thao**

---

| **From:** | Jennifer Pascual |
| **Sent:** | Wednesday, August 19, 2020 12:10 PM |
| **To:** | Katrina Thao |
| **Cc:** | TurianoDominiqueZ2202990@projects.filevine.com |
| **Subject:** | FW: Turiano v Allstate |

---

**From:** B. Buckwalter <bbuckwalter@keatinglg.com>
**Sent:** Monday, August 17, 2020 3:58 PM
**To:** Jennifer Pascual <Jennifer@ericroylawfirm.com>; Michael Nixon <Michael@ericroylawfirm.com>
**Cc:** TurianoDominiqueZ2202990@projects.filevine.com
**Subject:** RE: Turiano v Allstate

Looks great.  You can use my signature.  Thanks!

---

**From:** Jennifer Pascual <Jennifer@ericroylawfirm.com>
**Sent:** Monday, August 17, 2020 3:47 PM
**To:** B. Buckwalter <bbuckwalter@keatinglg.com>; Michael Nixon <Michael@ericroylawfirm.com>
**Cc:** TurianoDominiqueZ2202990@projects.filevine.com
**Subject:** RE: Turiano v Allstate

Bryce,

See attached the proposed SAO to dismiss. Please let me know if you have any changes, if not, please provide authorization for your e-signature. Thank you.



Jennifer Pascual
ERIC ROY LAW FIRM
Paralegal to Eric Roy, Esq.
703 South Eighth Street
Las Vegas, NV 89101
T: 702-423-3333 || F: 702-924-2517
Jennifer@EricRoyLawFirm.com

**CONFIDENTIALITY NOTICE:**  This electronic transmission (including any files attached hereto) contains information that is legally privileged, confidential, and exempt from disclosure.  It is intended for use only by the individual or entity named above.  If you are not the intended recipient or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, dissemination, copying, distribution, or the taking of any action in reliance on the contents of this confidential information is strictly prohibited.  If you have received this communication in error, please destroy it, remove it from your computer and/or network, and immediately notify me by email.  Thank you.  Receipt by anyone other than the named recipient(s) is not a waiver of any attorney-client, work product or other applicable privilege, protection or doctrine.
***Any email address attached that has the ending @projects.filevine.com is sent to our file management system "Filevine."***

---

**From:** B. Buckwalter <bbuckwalter@keatinglg.com>
**Sent:** Friday, August 14, 2020 4:41 PM
**To:** Michael Nixon <Michael@ericroylawfirm.com>; Jennifer Pascual <Jennifer@ericroylawfirm.com>
**Cc:** TurianoDominiqueZ2202990@projects.filevine.com
**Subject:** RE: Turiano v Allstate