```
 1
 2
 3
 4
 5
 6                        UNITED STATES DISTRICT COURT
 7                             DISTRICT OF NEVADA
                                    ****
 8
 9  DOMINIQUE TURIANO, an individual,        CASE NO: 2:20-cv-00641
10          Plaintiff,
    vs.
11
    ALLSTATE NORTHBROOK                      ORDER GRANTING
12  INDEMNITY COMPANY; J through X,          MOTION TO SUBSTITUTE
    inclusive,; and ROE CORPORATIONS I       ATTORNEY
13  through X, inclusive,
14          Defendants.
15
16
17          I, DOMINIQUE TURIANO, hereby substitutes RAMZY LADAH, ESQ., of the LADAH
18  LAW FIRM in the place and stead of ERIC ROY, ESQ., of the ERIC ROY LAW FIRM in the
19  above-referenced matter.
20          DATED this 5 day of May, 2021.
21
22                                                  x_____
                                                    DOMINIQUE TURIANO
23
24
25
26
27
28
```

-1-

I, RAMZY LADAH, ESQ., of the LADAH LAW FIRM agree to be substituted in as attorney of record for Plaintiff, DOMINIQUE TURIANO in the place and stead of ERIC ROY, ESQ., of the ERIC ROY LAW FIRM.

DATED this 5 day of May, 2021.

LADAH LAW FIRM

Ramzy Ladah, Esq.
Nevada Bar No. 11405
517 South 3rd Street
Las Vegas, NV 89101

I, ERIC ROY, ESQ., of the ERIC ROY LAW FIRM, consent to the substitution of RAMZY LADAH, ESQ., of the LADAH LAW FIRM in and as attorney of record for Plaintiff, DOMNIQUE TURIANO, in my place and stead.

DATED this 13 day of May, 2021.

ERIC ROY LAW FIRM

Eric Roy, Esq.
Nevada Bar No. 11869
703 South Eighth Street
Las Vegas, NV 89101

IT IS SO ORDERED.

Dated: May 18, 2021

_____
United States Magistrate Judge