John T. Keating
Nevada Bar No. 6373
Bryce B. Buckwalter
Nevada Bar No. 7626
K E A T I N G LAW GROUP
9130 W. Russell Road, Suite 200
Las Vegas, Nevada 89148
jkeating@keatinglg.com
(702) 228-6800 phone
(702) 228-0443 facsimile
Attorneys for Defendant
*Allstate Northbrook Indemnity Company*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DOMINIQUE TURIANO, an individual,<br><br>　　　　Plaintiff,<br>vs.<br><br>ALLSTATE NORTHBROOK INDEMNITY COMPANY; DOES I through X, inclusive, and ROE CORPORATIONS I through X, inclusive.<br><br>　　　　Defendants. | CASE NO.:　　2:20-cv-00641-RFB-NJK<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

　　　IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, DOMINIQUE TURIANO, by and through her counsel, Ramzy P. Ladah and Defendant ALLSTATE NORTHBROOK INDEMNITY COMPANY, by and through its counsel, Bryce B. Buckwalter, that the above-entitled matter be dismissed with prejudice, each party to bear its own attorney's fees, costs, and interest.

/ / /

/ / /

/ / /

1

*Dominique Turiano vs. Allstate Northbrook Indemnity Company*
SAO FOR DISMISSAL W/PREJUDICE
CASE NO. 2:20-cv-00641-RFB-NJK

There is no trial date set in this matter.

DATED this 30th day of September, 2021.            DATED this 30th day of September, 2021.

LADAH LAW GROUP                                    **K E A T I N G** LAW GROUP

/s/ Ramzy P. Ladah                                 /s/ Bryce B, Buckwalter
Ramzy P. Ladah                                     Bryce B. Buckwalter
Nevada Bar No. 11405.                              Nevada Bar No. 7626
Las Vegas, Nevada 89101                            9130 West Russell Road, Suite 200
Las Vegas, Nevada 89101                            Las Vegas, Nevada  89148
Attorney for Plaintiff                             Attorney for Defendant
*Domnique Turiano*                                 *Allstate Northbrook Indemnity Company*

## ORDER

**IT IS SO ORDERED.**

Dated this __30th__ day of _____September_____, 2021

_____
RICHARD E. BOULWARE, II
**United States District Court**